## ACKNOWLEDGEMENT OF EXCLUSIVE LICENSE UNDER AMENDED AND RESTATED LICENSE AGREEMENT

This Acknowledgement of Exclusive License Under Amended and Restated License Agreement ("Acknowledgement") is entered into by and between Ridge Corporation ("Ridge") and Cold Chain, LLC ("Cold Chain") as of the date last signed below.

1. On October 6, 2015, the United States Patent and Trademark Office duly issued United States Patent No. 9,151,084 (the "'084 Patent").

2. On February 15, 2023, Cold Chain and Ridge entered a license agreement granting Ridge an exclusive license to, among other rights, the '084 Patent.

3. On May 1, 2023, the Parties amended and restated the February 15, 2023 license agreement which agreement further confirmed and memorialized, in Section 3, that Ridge has an exclusive, sub-licensable, right to make, have made, use, sell, install, service, import/export, and/or otherwise commercialize, Licensed Products (as defined therein) under the '084 Patent (the "License Agreement").

4. Under the License Agreement, Ridge and Cold Chain have the right to initiate patent infringement actions against third-parties that have infringed and/or are infringing upon the '084 Patent, however, neither party has any obligation to do so.

5. Under the terms of the License Agreement, Ridge advised and provided Cold Chain with notice that it was interested in filing a patent infringement suit asserting the '084 Patent against the defendants named in the case now pending in the U.S. District Court for the Southern District of Ohio as Ridge Corporation v. Kirk National Lease Co., et al., Case No. 2:23-cv-0312-ALM-KAJ (the "Lawsuit"), and, prior to September 20, 2023, Cold Chain communicated to Ridge its election not to bring or join in the Lawsuit. As such, Ridge has exercised its exclusive rights under the License Agreement in bringing the Lawsuit against the named defendants.

**EXHIBIT A**

**RIDGE CORPORATION**

Signature: *[signature]*

Name: Raymond McDonald / COO

Date: 10/3/2023

**COLD CHAIN, LLC**

Signature: *[signature]*

Name: Joseph A. Forney CEO

Date: 10/3/2023

2

**EXHIBIT A**