# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **RIDGE CORPORATION,** | : |
| | : |
| Plaintiff, | : Case No. 2:23-cv-03012 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : |
| **KIRK NATIONAL LEASE CO.,** *et al.*, | : Magistrate Judge Kimberly A. Jolson |
| | : |
| Defendants. | : |

## ORDER

On November 19, 2024 Defendants Kirk National Lease Co., Truck & Trailer Parts Solutions, Inc., and Altum LLC filed a Notice of Appeal. (ECF No. 168). Defendants appeal this Court's order granting Plaintiff Ridge Corporation's Motion for Preliminary Injunction. (ECF No. 167). As such, this Court finds it prudent to *sua sponte* stay this case pending appeal. Accordingly, this case is hereby **STAYED**. Parties' pending motions (ECF No. 93, 96, 100, 101) are **DENIED as moot** and may be refiled upon resolution of the appeal.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATE:  March 5, 2025**

1